**Renée E. Rothauge, OSB #90371**
E-mail: renee.rothauge@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Plaintiff

FILED'06 AUG 17 11:09 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GREENEARTH CLEANING, L.L.C., a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ABRAHAM'S FABRIC CLINIC, LLC, dba ABRAHAM'S FABRIC CLINIC or ABRAHAM LEE FINE CUSTOM TAILORING, an Oregon limited liability company,<br><br>　　　　　　Defendant. | Civil No.: CV 06 213-ST<br><br>**PERMANENT CONSENT INJUNCTION** |

The parties stipulate to, and request that the Court enter, this Permanent Consent Injunction:

WHEREFORE, with the consent of the Parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. GreenEarth Cleaning, L.L.C. (hereinafter "GreenEarth") owns and uses the GREENEARTH service mark, Reg. No. 2,413,095, (the "GREENEARTH Mark") for GreenEarth's dry cleaning services.

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

PERMANENT CONSENT INJUNCTION
Page 1

2. Abraham's Fabric Clinic, LLC (hereinafter "Abraham's"), d/b/a Abraham's Fabric Clinic or Abraham Lee Fine Custom Tailoring, has been using Exhibit 1 for Abraham's dry cleaning services.

3. Exhibit 1, an advertising brochure, infringes upon GreenEarth's rights associated with the GREENEARTH service mark.

4. Abraham's shall immediately cease its use of Exhibit 1.

5. Abraham's has also been using its infringing mark in a Yellow Pages advertisement for Abraham's dry cleaning services.

6. This Yellow Pages advertisement infringes upon GreenEarth's rights associated with the GREENEARTH service mark.

7. For as long as this Yellow Pages advertisement remains in place plus a period of six (6) months thereafter, Abraham's agrees not to use the color of green as the background color in any of Abraham's advertising/marketing materials, including window displays, for dry cleaning services.

8. At its store located at 4511 NE Martin Luther King Jr. Blvd., Portland, Oregon 97211-3345, Abraham's agrees to post a disclaimer that states the following in black Times New Roman font size 16 lettering on white 5" by 11 1/2" paper for a period of three months:

   Abraham's Fabric Clinic, LLC, d/b/a Abraham's Fabric Clinic or Abraham Lee Fine Custom Tailoring, is not sponsored by or affiliated with GreenEarth Cleaning, L.L.C.

9. Before Abraham's places an advertisement in the next publication of Oregon's Yellow Pages or any similar directory for the metropolitan and surrounding Portland area for Abraham's dry cleaning services, Abraham's shall provide GreenEarth with a copy of Abraham's new design of the advertisement.

10. Abraham's ability to use the above-described new advertisement design shall be contingent upon GreenEarth's approval of the design, which shall not be unreasonably withheld.

11. Abraham's shall never use the marks in Exhibit 1, any variations of the marks in Exhibit 1, or any variations of the GREENEARTH Mark for Abraham's dry cleaning services in the future.

/ / /

/ / /

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

PERMANENT CONSENT INJUNCTION
Page 2

12. This Court retains jurisdiction over the enforcement of this Permanent Consent Injunction and related Settlement Agreement.

Dated: August 16, 2006

_____
United States District Court Judge

APPROVED AS TO FORM AND CONSENT

Dated: August 15, 2006

_____
Renée E. Rothauge
Attorneys for Plaintiff
Bullivant Houser Bailey PC

Dated: August 14, 2006

_____
John D. Ostrander
Attorneys for Defendant
Elliott Ostrander & Preston

Error! Unknown document property name.

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

PERMANENT CONSENT INJUNCTION
Page 3

## Committed to Quality and Service

Abraham Lee has provided professional services in the Portland Area since 1985:

- Finely crafted custom suits, featuring handmade quality
- Professional dry cleaning, featuring state-of-the-art, ecologically safe technologies for superior cleaning
- Hotel Specialist
- Laundry services for hotels

❝ *I've had total strangers stop me on the street and say, 'That's a really handsome suit.' Mr. Lee's suits are so well-made they fit like a second skin. Every flaw in your body is compensated for when the suit is handmade—that's something you can't get by altering an off-the-rack suit.* ❞
—Robert Laskowski, Portland attorney

❝ *Abraham provided the dry cleaning and laundry service for the 5th Avenue Suites Hotel for many years. During this time I can honestly say that our problems were absolutely minimal. He always responded promptly and professionally.* ❞
—Craig Thompson, General Manager, 5th Avenue Suites Hotel

❝ *We commend Abraham, on his outstanding commitment to professionalism and quality. He has serviced the Portland Marriott City Center for the last several years and has provided outstanding quality to both our guests and hotel employee laundry needs.* ❞
—Jeff Brown, Director of Rooms, Portland Marriott City Center

### Trust Your Wardrobe to Us...



*We are members of the elite*
**DRY-WETCLEANING™**
**Alliance of Cleaners**



SPECIAL THANKS
Model: Mark A. Erikson, attorney
Brochure Design & Photography: Tim Bergmann
Printing: Brown Printing



### Abraham's Fabric Clinic

4511 N.E. Martin Luther King Blvd.
Portland, OR 97211

**(503) 223-0504**
FAX (503) 249-0504



## Custom Tailoring
## Professional Dry Cleaning
## Laundry Service





Exhibit 1
Page 1 of 2

# Custom Tailoring
*Finely crafted custom suits.*



Handmade suits for men & women
- We design & coordinate your business & personal wardrobe
- We specialize in hard to fit problems
- Large selection of quality fabrics
- Expert Alterations

Trademark functioning buttonholes on sleeves

Large selection of the finest quality fabrics from England and Italy

# Professional Dry Cleaning
*Hotel Specialist*

### DRY-WETCLEANING™
A Technological and Ecological Breakthrough.

### WE'VE GOT IT!
100% Ecologically Safe for Superior Cleaning

Anti-Bacterial & Moth Resistance
Non-Toxic & Odor Free

**Recreate Your Suits!**
- Green-Earth Dry Cleaning
- Steam pressing
- Suits & Shirts
- Dresses
- Bridal & Formal Gowns
- Down Comforters & Pillows
- Draperies & Rugs





The latest in steam press technology

# Laundry Service
*Hotel Specialist*

Providing extremely reliable service and building great partnerships with hotels

- One day pick & delivery
- Pressing of all bedding linen
- Folding of different size towels
- Dry cleaning of drapes, bed skirts & fine fabrics
- Stain guard of bedding linen & towels



We use state-of-the-art equipment for high volume work.





We have on our floor the Tristar™ Ironing/Folding/Stacking System for high production drying and ironing.

Large Capacity Washing & Drying

4511 N.E. Martin Luther King Blvd.    (503) 223-0504    FAX (503) 249-0504    AbrahamLee4444@yahoo.com

Exhibit 1
Page 2 of 2